**Order entered September 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00278-CV

**JULIE E. SCHMADER, Appellant**

**V.**

**MATTHEW M. BUTSCHEK D/B/A ACCENT FINANCIAL SERVICES, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01100-2012**

## ORDER

We **GRANT** appellee's September 15, 2015 unopposed motion for substitution of counsel. We **DIRECT** the Clerk of this Court to substitute Charles Baruch as counsel for appellee in the place of Millard O. Anderson, Jr.

We **GRANT** appellee's September 23, 2015 unopposed motion for an extension of time to file a brief. Appellee shall file a brief by **NOVEMBER 10, 2015**.

/s/    ELIZABETH LANG-MIERS
JUSTICE